Judge Christopher M. Alston
Chapter 7

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

**MARRA, JAMISON F**

Debtor(s).

No. **18-12920-CMA**

**EX PARTE ORDER AUTHORIZING EMPLOYMENT OF CHAD THARP AS REAL ESTATE AGENTS FOR THE TRUSTEE**

THIS MATTER, having come on for hearing *ex parte* before Judge Christopher M. Alston and it appearing that no notice of hearing is required to be given and that no adverse interest or conflict of interest exists and that the employment of Chad Tharp and Keller William Eastside as real estate agent to sell real property of the estate is in the best interest of the estate and this case is one justifying employment of Chad Tharp, it is hereby

ORDERED that the Trustee be and hereby is authorized to employ Chad Tharp and Keller Williams Eastside pursuant to 11 U.S.C. §327 & §330, as real estate agents for the Trustee in the matter described above and under the terms and conditions more fully set forth in the Trustee's *ex parte* application as of the date this application and order are submitted to the office of the United States Trustee, with all compensation subject to Court order upon notice to creditors and a hearing.

/// End of Order///

ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Page 1

Presented by:

WOOD & JONES, P.S.

_/s/    Edmund Wood_____
Edmund J. Wood, WSBA #03695
Trustee

Tharp - Ord to Hire

ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Page 2