Judge: Christopher M. Alston
Chapter: 7

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| In re:<br><br>**JAMISON F MARRA**<br><br>Debtor(s). | **Case No. 18-12920-CMA**<br><br>***EX PARTE* ORDER AUTHORIZING EMPLOYMENT OF AUCTIONEER** |
|---|---|

THIS MATTER having come before Judge Christopher M. Alston on the Trustee's Ex Parte Application for Order Authorizing Employment of Auctioneer, the Court finding that notice to creditors is not necessary, that creditor's rights will not be prejudiced by entry of an order on this matter, the Court having reviewed the Trustee's Motion and having reviewed the files in this case and deeming itself fully informed in the matter, now, therefore it be and hereby is

ORDERED that Edmund Wood, the Chapter 7 Trustee in the above-captioned case

EX PARTE ORDER AUTHORIZING EMPLOYMENT
OF AUCTIONEER

Page 1

303 N 67th Street
Seattle WA 98103
(206) 623-4382

is authorized to employ James G. Murphy Co. as auctioneer in this estate pursuant to the terms and conditions more fully set forth in the Trustee's ex parte application. All compensation to be paid to the James G. Murphy Co. shall be subject to Bankruptcy Court approval upon proper notice to creditors.

**/// End of Order ///**

Presented by:

WOOD & JONES, P.S.

*/s/ Edmund Wood*
Edmund Wood, WSBA # 03695
Chapter 7 Trustee

EX PARTE ORDER AUTHORIZING EMPLOYMENT
OF AUCTIONEER

Page 2

303 N 67th Street
Seattle WA 98103
(206) 623-4382